Commonwealth *v.* Siderias, Appellant.

Argued September 12, 1967. Before ERVIN, P. J., WRIGHT, WATKINS, MONTGOMERY, JACOBS, HOFFMAN, and SPAULDING, JJ.

*Robert C. McFadden,* with him *William J. Morrissey,* for appellant.

*Donald B. Corriere,* Assistant District Attorney, with him *Bernard V. O'Hare, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION BY ERVIN, P. J., November 16, 1967:

This case presents the identical questions raised in *Com. v. Herb,* 211 Pa. Superior Ct. 119, 235 A. 2d 429, which we have decided in an opinion filed concurrently herewith.

The only difference between the cases was that Herb was accused of "following too closely" while Siderias was charged with "unreasonable and improper speed."

For the reasons set forth in *Com. v. Herb,* supra, the order of the court below is affirmed.